UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| GRETA PHILLIPS, | * | |
| Plaintiff, | * | |
| v. | * | CV 417-082 |
| VANGUARD ECONOMICS, LLC, d/b/a FULFILLMENT.COM, | * | |
| Defendant. | * | |

# O R D E R

Before the Court is Defendant Vanguard Economics, LLC's Motion to Dismiss. (Doc. 12.) Since Plaintiff Greta Phillips has complied with the Court's previous Order (doc. 13.), Defendant's motion is **DENIED AS MOOT**. Accordingly, the Clerk is directed to **TERMINATE** Defendant's motion (doc. 12.).

**ORDER ENTERED** at Augusta, Georgia, this 19th day of October 2017.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA