IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| GRETA PHILLIPS, | * |
| Plaintiff, | * |
| v. | * CV 417-82 |
| VANGUARD ECONOMICS, LLC, d/b/a FULFILLMENT.COM, | * |
| Defendant. | * |

# O R D E R

Before the Court is the parties' stipulation of dismissal with prejudice. (Doc. 20.) Upon due consideration and in accordance with Federal Rule of Civil Procedure 41(a)(1), **IT IS HEREBY ORDERED** that Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE**. The Clerk is directed to **CLOSE** this case. Each party shall bear its own costs.

**ORDER ENTERED** at Augusta, Georgia, this 30th day of January, 2018.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA